Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
## for the
### Western District of New York
_____ Division

Case No. **25 CV 1057**
(to be filled in by the Clerk's Office)

Ryan M. Cruz
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

City of Lackawanna Police Department
Express Mart INC. and staff
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Jury Trial: (check one) ☑ Yes ☐ No

FILED OCT 17 2025 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Ryan M. Cruz    ICN: 140203
Street Address: 232 Wood Ave. Apt 2 upper
City and County: Buffalo    Erie
State and Zip Code: New York    14211
Telephone Number: 716-808-1590
E-mail Address: Oleboicruz3547@gmail.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

City of Lackawanna Police Department (goverment agency)
Express Mart INC. and staff (corporation).

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: City of Lackawanna Police Department
- Job or Title (if known): Police Agency
- Street Address: 714 Ridge R.D.
- City and County: Lackawanna   Erie
- State and Zip Code: New York   14218
- Telephone Number: 716-822-4900
- E-mail Address (if known): unknown

Defendant No. 2
- Name: Express Mart INC. and Staff
- Job or Title (if known): Gas and Food Store
- Street Address: 3045 Southpark Ave
- City and County: Lackawanna   Erie
- State and Zip Code: New York   14218
- Telephone Number: 716-
- E-mail Address (if known): UNKNOWN at this time

Defendant No. 3
- Name: N/A
- Job or Title (if known): N/A
- Street Address: N/A
- City and County: N/A
- State and Zip Code: N/A
- Telephone Number: N/A
- E-mail Address (if known): N/A

Defendant No. 4
- Name: N/A
- Job or Title (if known): N/A
- Street Address: N/A
- City and County: N/A
- State and Zip Code: N/A
- Telephone Number: N/A
- E-mail Address (if known): N/A

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. 1st, 5th, 6th, 8th, 13th, 14th amendments violated, THE following federal laws, statutes and provisions have been violated upon me. Defamation, Slander, Libel, Malice, Discrimination, race, creed, sex, religion, Abuse of power by a government agency, wrongful imprisonment, (Kidnapping).

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* N/A , is a citizen of the State of *(name)* N/A .

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* N/A , is incorporated under the laws of the State of *(name)* N/A , and has its principal place of business in the State of *(name)* N/A .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* N/A , is a citizen of the State of *(name)* N/A . Or is a citizen of *(foreign nation)* N/A .

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, (name) N/A, is incorporated under the laws of the State of (name) N/A, and has its principal place of business in the State of (name) N/A

Or is incorporated under the laws of (foreign nation) N/A and has its principal place of business in (name) N/A

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain): The amount at stake for Relief from Damages is 60 million dollars, for violations I have listed above.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

#1.) On or about 11-19-2023 the City of Lackawanna Police Department began their long train of harrassment upon me, and is still going on to this present time. With their dogmatic belief in profiling people, based upon how they look. (My self being of mixed race and tattoos upon my face). I do not fit what the Lackawanna Police consider normal. Please see additional pages marked 1. for more INFO.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. I am seeking in Relief from damages in the Amount of, 60 million dollars, and what ever further Relief the court in its wisdom deems fare and just for the following: Emotional distress, Emotional injuries, Physical distress, Physical injuries, P.T.S.D., The loss of money, loss of Job, loss of my good name, loss of my home, The loss of my life as I knew it, The loss of Domestic tranquillity, destroying my harmony, The loss of family, Added stress to life, The loss of feeling safe with in my own town/city. Made to feel less than human. Threat of physical harm, assault on mental and physical of myself, and life long suffering and injuries not seen as of yet.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10-21-2025

Signature of Plaintiff

Printed Name of Plaintiff     Ryan,M.Cruz              ICN:140203

### B. For Attorneys

Date of signing: _____

| | |
|---|---|
| Signature of Attorney | N/A |
| Printed Name of Attorney | N/A |
| Bar Number | N/A |
| Name of Law Firm | N/A |
| Street Address | N/A |
| State and Zip Code | N/A |
| Telephone Number | N/A |
| E-mail Address | N/A |

# ERIE COUNTY CORRECTIONAL FACILITY
## 11581 Walden Avenue   Alden, NY 14004

Additional page #1. Statement of claim: Ryan.M.Cruz Lackawanna police stopped me daily while driving to work or the store or just about anywhere I went, with my 3 year old daughter in the car, placing her and myself at risk of harm both physical and mental for no reason other than to harrass me, with bias and prejudice, even stopping me while I walk down my own street, within my own neighborhood, searching me in front of my neighbors a mostly white and Aribbic middle-class neighborhood. The ring leader of the Bigoted, racism officer Omar with a supremacist belief and xenophobe attitude and actions twards me and anyone whom does not fit the lackawanna police standard are attacked with a fundamental radical racist principal used, and tought within the lackawanna police force, demonstrated in one of many instances

I was at the Express Mart at the end of my street to which I had walked to, too use the A.T.M. Once inside the store a man working begain talking at me not to me in a foreign lanuage to which I could not understand so I payed no real attion to. I used the A.T.M removing 450 dollars from my bank account as I have done many times before at this same store. The man working locked and blocked the door from me leaving against my will yelling at me in some foreign lanuage I did understand anything he was saying, he was both verbally and physical attacking me not allowing me to leave, I kept telling the man I needed to leave I'm going to be late for work, after about 45 minuts, I called 911 than the man let me out of the store, I walked back down my street, as fast as I could so I would not

(on Back)

be late for work, Officer Omar stopped me on my way back to my house, and told me to go back to the store I told the officer 3 times I would be happy to make a statement about what happend but I have to get ready for work I'm going to be late. He than threated me and said If I didn't go back to the store he was going to arrest me, I asked him respectfuly what law did I break? He than called two other police cars so I walked back to the store, now being late for work.

Now back at the store officer Omar and two other officers went inside and saw the video footage of what happend, and after came outside and stated the strang man working the store was in the wrong. Officer Omar knew this man from the neighborhood they both live in, and begain talking in the foreign lanuage for about 10 minutes after talking Officer Omar walked over to me and arrested me, I asked what did I do, He Never answerd me. The other officers tried stopping Officer Omar but finely said it's your call Omar and left. I went to court that same day. This arrest and the time in court cost me my Job. and the case was dropped. When I went to get my property back Officer Omar had taken the reciept I never got my 450 dollars back and some other things. I went to the main desk to make a formal complaint to the police cheif, The officer working said thats not happing, "we don't have any paperwork" I asked the Officer to please let me speek to someone in charge the officer than said no and threated me and said If I didn't leave right now he would arrest me for disorderly conduct. So I left. forfitting my now stolen money.

While this is all going on, The lackawanna police posted on their facebook page. my Picture and made false statements (Next Page).

# ERIE COUNTY CORRECTIONAL FACILITY
### 11581 Walden Avenue   Alden, NY 14004

Additional page #2 Statement of Claim: Ryan. M. Cruz.
about me and never stating that the case was dropped. The Lackawanna Police continued their assault on me and my young 3 year old daughter, who could not understand how people these men could say and do such bad things being so mean to her Daddy, even trying to say maybe they need a bandaid because they have a boobo that hurts them making them so mean. Things only got worse as they would pull me over none stop. Calling me the "N" word saying "We don't want "N" word, like you in our city and much, much worse being said. I Could not take any more of the racist abuse of power against me and my daughter. it got so bad I had my daughter stay with her mother for now. I was forced to move out of Lackawanna for my safty and the safty of my family. This is just one of many things they were and are doing to me with their words and actions, to which they scear little Kids and Attake people whom are differnt. All of this has truely left me broken and Sad. It is taboo to stand up for your rights in Lackawanna!

#2. Express Mart INC. and Staff has knowingly and willfuly personal attaked me by making false statements in public, posting things online that they knew were not true physicaly assaulting me holding me against my will. Causing great damage to me and my family. and so much more they have done and are continuing to do, to my good name. It's all just so sad.

: To the Clerk of the Court:
Please send me any and all paper work I will need to Keep This case going. Some one needs to stop them from further abuse. please send the paper work for me to proceed In forma PAUPeris
Thank You.